Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X) will be heard via Zoom.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 5/8/2024 10:30 AM

FILED
3/1/2024 10:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L002283
Calendar, B
26635099

FILED DATE: 3/1/2024 10:28 AM   2024L002283

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LAVELL REDMOND, an individual, | ) | |
| Plaintiff, | ) | Case No.: |
| v. | ) | |
| FOX TELEVISION STATIONS LLC, a | ) | |
| foreign corporation; FOX CORPORATION, a | ) | |
| foreign corporation, | ) | |
| Defendant. | ) | |

### VERIFIED COMPLAINT

NOW COMES the Plaintiff, LAVELL REDMOND, by and through his attorneys, for his Verified Complaint against the Defendants, FOX TELEVISION STATIONS LLC, a foreign corporation; and FOX CORPORATION, a foreign corporation, and alleges and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, LAVELL REDMOND ("Redmond"), is an individual, residing in Cook County, Illinois.

2. Defendant, FOX CORPORATION ("FOX"), is a foreign corporation that does business in the State of Illinois, with its principal place of business located in New York, NY.

3. Defendant, FOX TELEVISION STATIONS LLC ("FOX TV"), is a foreign corporation that does business in the State of Illinois, with its principal place of business located in New York, NY. At all times relevant herein, FOX TV was a subsidiary of FOX.

4. FOX 32 WFLD ("FOX 32") is a local television station in Chicago, Illinois serving as the market's FOX network outlet, with its principal place of business located 205 North Michigan Ave., Chicago, Illinois 60601. At all times relevant herein, FOX 32 was a subsidiary of FOX.

5. Venue is proper in this Court pursuant to Section 2-101 of the Code of Civil Procedure, because (i) Cook County is the county in which FOX 32 has its principal place of business; and (ii) Cook County is the county in which FOX spread the defamatory misrepresentations, as well as the county in which Redmond incurred injury, and thus where the cause of action arose. *See* 735

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

ILCS 5/2-101. Further, venue is proper in Cook County because a corporation is considered a resident of any county in which it has its registered office, or other office, or is doing business. *See* 735 ILCS 5/2-102(a). Here, FOX 32 does business in Cook County.

## BACKGROUND FACTS

6.      Redmond began working at the Village of Dolton as a code enforcement officer in or around September 2021 and worked until his employment was wrongfully terminated on or about August 3, 2022.

7.      In 1991, while still a minor, Redmond was charged with and convicted for aggravated sexual assault. Redmond subsequently served 24 years in prison.

8.      In 2020, Redmond was introduced to Tiffany Henyard ("Henyard"), then a Village of Dolton Trustee who was running for Mayor of the Village of Dolton in the 2021 municipal elections.

9.      Shortly thereafter, Redmond began working as a volunteer for Henyard's campaign, including as security.

10.     In early 2021, Henyard asked Redmond to be a paid security officer for her, but Redmond informed Henyard that would not be possible due to the nature of his conviction record, which did not permit him to carry a firearm. Redmond further told Henyard that his background could damage her political career.

11.     On or about September 21, 2021, and after Henyard won the election for Mayor of the Village of Dolton, Henyard hired Redmond as a code enforcement officer for the Village.

12.     As a code enforcement officer, Redmond patrolled assigned areas in a village vehicle looking for potential violations of building and land codes to address. Redmond was provided a tablet by the Village of Dolton to photograph and document potential violations.

13.     However, as a code enforcement officer, Redmond was never responsible for entering village resident's homes to do his job, nor did he ever enter village resident's homes. Redmond only

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

had the ability to observe home exteriors to write code violations.  Only home inspectors would be permitted to enter Dolton resident's homes and Redmond was not a home inspector.

14.    On October 21, 2021, FOX 32, through its reporter Dane Placko ("Placko"), began airing live news broadcasts on television and publishing stories on FOX 32's website about Redmond.

15.    On October 21, 2021, Placko and FOX 32 published a written story and a 3:11 long video about Redmond working for the Village of Dolton. The written news article stated that: "On Sept. 20, village records show Dolton Mayor Tiffany Henyard hired 46-year-old Lavelle Redmond as a code enforcement officer — *a job in which he goes into Dolton homes* and businesses to inspect them and make sure they are up to code."  *See* News Stories, marked as Group Exhibit A, attached hereto and made a part hereof (emphasis added).

16.    The video includes Placko interviewing numerous Dolton residents, which included senior citizens and young mothers with children, fearmongering that Redmond was "dangerous" and had "a job that gave him access inside Dolton homes." One resident in the video said she would have been "terrified" if Redmond came to her home to do an inspection.  *See* Group Exhibit A.

17.    On October 27, 2021, FOX 32 published the following: "A convicted child sex offender who was hired by the village of Dolton to **inspect homes** is now facing new charges. Lavelle Redmond was hired by Dolton Mayor Tiffany Henyard **to go door-to-door to meet with residents**." *See* Group Exhibit A (emphasis added).

18.    On November 2, 2021, FOX 32 published a story boasting that: "Redmond was arrested and charged after our first story aired for violating the reporting requirements of the sex offender registry."

19.    On or about November 2, 2021, Redmond was arrested and charged under Cook County Case 21CR1396001 for: (1) failure to report change in employer within 3 days (under 730

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

ILCS 150/3 (d)) and (2) providing false information when registering as sex offender (under 730 ILCS 150/10 (a)) (the "Cook County Failure to Report case").

20.     FOX 32's reporting directly led to Redmond being arrested and wrongfully charged with violating the reporting requirements of the sex offender registry.

21.     Based on the stories reported and published by FOX about Redmond, calls from the community for Henyard to terminate Redmond's employment began to intensify.  On November 2, 2021, a group of protesters gathered outside Dolton Village Hall chanting "Fire the Rapist" regarding Redmond[1].  Around this time, Redmond received threats of physical harm against him and feared for his life and safety at this time.  These threats were due to people wrongly assuming Redmond was entering people's homes in Dolton as part of his job, as falsely reported by Defendants.

22.     On June 29, 2022, FOX 32 published a written story that stated that "[t]he trustees accused Henyard of corruption, and hiring at least one registered sex offender," that included a link to the original October 21, 2021 article.

23.     On August 3, 2022, the Village of Dolton terminated Redmond's employment.

24.     On September 16, 2022, Redmond was found "Not Guilty" on both counts in the Cook County Failure to Report case.

25.     Since then, Defendants, in their extensive coverage of Dolton Mayor Tiffany Henyard, have repeatedly published stories referencing Redmond and/or included links to their earlier stories, which continue to defame Redmond.

26.     On May 31, 2023, FOX 32 published a written story that stated that "Henyard later made **international** news after hiring and then firing a registered sex offender who had volunteered for her mayoral campaign to be a **building inspector**." *See* Group Exhibit A (emphasis added).

---

[1] https://thesouthlandjournal.com/fire-the-rapist-yelled-by-citizens-of-dolton-at-a-rally-today-in-front-of-city-hall/

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

27.     On January 5, 2024, FOX published the following:

"One of the reasons the recall effort was initiated was because Henyard hired a convicted sex offender as a code enforcement officer — '**a job in which he goes into Dolton homes** and businesses to inspect them and make sure they are up to code,' according to a Fox 32 report. 'Oh my god. Don't they supposed to do background checks before they allow these people to in these kind of positions?' a resident said."

*See* Group Exhibit A (emphasis added).

## COUNT I
## DEFAMATION *PER SE*

NOW COMES the Plaintiff, LAVELL REDMOND, for his claim of Defamation *Per Se* against the Defendants, FOX TELEVISION STATIONS LLC and FOX CORPORATION, and states as follows:

1-27.    Redmond restates and realleges paragraphs 1-27 as though fully set forth herein.

28.     Defendants made unprivileged publications of the forgoing false defamatory statements to third parties and made such publications intentionally, with actual malice, and knowing the statements were false or in reckless disregard for the truth.

29.     Defendants' statements attacked Redmond's integrity and reputation by falsely claiming that Redmond was entering homes in the Village of Dolton and posed a threat to residents.

30.     Defendants' allegations against Redmond include statements that prejudice Redmond in his trade, profession, and/or business.

31.     The defamatory character of Defendants' statements—that Redmond was a "dangerous" sex offender that was entering into Dolton residents' homes— is obvious and apparent on its face; in that (a) the comments are not reasonably capable of an innocent construction; (b) the statements made can reasonably interpreted as stating actual facts about the plaintiff, and not just an opinion; and (c) the statements cannot be understood as an exaggeration rather than a statement of literal fact.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

32.     Redmond has been substantially damaged as a direct and proximate result of Defendants' publication of the false and defamatory statements, in that: (a) the statements harmed Redmond's reputation by lowering Redmond's reputation in the community and deterring others from associating with Redmond; (b) Redmond lost his job and his primary source of income and has been unable to find new employment since his termination; and (c) Redmond faced threats of physical harm against him for Dolton residents mistakenly believing that Redmond was entering peoples' homes while employed with Dolton, as falsely reported by Defendants.

WHEREFORE, the Plaintiff, LAVELL REDMOND, requests that this Honorable Court enter judgment in his favor and against the Defendants, FOX TELEVISION STATIONS LLC and FOX CORPORATION, in an amount in excess of $50,000.00, plus punitive damages, attorney's fees, costs, and post-judgment interest and such further relief as the Court deems proper.

WHEREFORE, the Plaintiff, LAVELL REDMOND, requests that this Honorable Court enter judgment in his favor and against the Defendants, FOX TELEVISION STATIONS LLC and FOX CORPORATION, and that this Court award him the following relief:

A.     Damages (including actual, presumed, and special damages) in an amount to be determined at trial;
B.     Compensatory and consequential damages, including for emotional distress;
C.     Punitive damages;
D.     Pre-judgment and post-judgment interest at the highest lawful rate;
E.     Attorneys' fees and costs of this action;
F.     An injunction requiring Defendants to cease publishing defamatory articles about Redmond.
G.     Any such further relief as this Honorable Court finds reasonable.

## COUNT II
## FALSE LIGHT

NOW COMES the Plaintiff, LAVELL REDMOND, for his claim of False Light against the Defendants, FOX TELEVISION STATIONS LLC and FOX CORPORATION, and states as follows:

1-32.    Redmond restates and realleges paragraphs 1-32 as though fully set forth herein.

6

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

33.    Defendants' actions placed Redmond in a false light before the public by falsely claiming that Redmond was entering homes in the Village of Dolton and posed a threat to residents.

34.    The false light would be highly offensive to a reasonable person.

35.    Defendants acted with actual malice, that is, with knowledge that the statements were false or with <u>reckless disregard for their truth or falsity</u>.  In Placko's reporting, he failed to correctly identify Redmond's position and job responsibilities, which is especially reckless given that Placko purports to be an investigative journalist. Placko intentionally fearmongered Dolton residents regarding Redmond in an effort to sensationalize his extensive coverage of Mayor Tiffany Henyard.

36.    Redmond has been substantially damaged as a direct and proximate result of Defendants' publication of the false and defamatory statements, in that: (a) the statements harmed Redmond's reputation by lowering Redmond's reputation in the community and deterring others from associating with Redmond; and (b) Redmond lost his job and his primary source of income and has been unable to find new employment since his termination; and (c) Redmond faced threats of physical harm against him for Dolton residents mistakenly believing that Redmond was entering peoples' homes while employed with Dolton, as falsely reported by Defendants.

WHEREFORE, the Plaintiff, LAVELL REDMOND, requests that this Honorable Court enter judgment in his favor and against the Defendants, FOX TELEVISION STATIONS LLC and FOX CORPORATION, and that this Court award him the following relief:

A.    Damages (including actual, presumed, and special damages) in an amount to be determined at trial;

B.    Compensatory and consequential damages, including for emotional distress;

C.    Punitive damages;

D.    Pre-judgment and post-judgment interest at the highest lawful rate;

E.    Attorneys' fees and costs of this action;

F.    An injunction requiring Defendants to cease publishing defamatory articles about Redmond.

G.    Any such further relief as this Honorable Court finds reasonable.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

## COUNT III
## DEFAMATION *PER QUOD*
### *(In the Alternative to Count I)*

NOW COMES the Plaintiff, LAVELL REDMOND, alternatively, for his claim of Defamation *Per Quod* against the Defendants, FOX TELEVISION STATIONS LLC and FOX CORPORATION, and states as follows:

1-27.    Redmond restates and realleges paragraphs 1-27 as though fully set forth herein.

28.    Even if this Honorable Court finds that the defamatory character of the statements made by the Defendants is not apparent on its face, Redmond can prove via extrinsic evidence the defamatory meaning of the statements.

29.    Defendants made unprivileged publications of false defamatory statements to third parties that Redmond was entering homes in the Village of Dolton and posed a threat to residents and made such publications intentionally, with actual malice, and knowing the statements were false or in reckless disregard for the truth.

30.    By stating that Redmond was entering homes in the Village of Dolton and posed a threat to residents, Defendants damaged Redmond's ability to make a living, as well as damaged his reputation not only in the Chicagoland area but internationally[2].

31.    Redmond has been substantially damaged as a direct and proximate result of Defendants' false and defamatory statements in the following ways: since the Defendants published the news stories, (1) Redmond was threatened with physical violence by Dolton residents, (2) there was a large protest held in Dolton on November 2, 2021 specifically calling for Redmond to be fired from his job (with signs and chants of "Fire the Rapist!"), (3) FOX 32's reporting directly led to

---

[2] Defendants' reporting of Redmond led to news outlets in the United Kingdom (*https://www.dailymail.co.uk/news/article-10129089/Illinois-mayor-sparks-outrage-hiring-sex-offender-code-enforcement-officer.html*) (*https://www.dailymail.co.uk/news/article-12931847/mayor-tiffany-henyard-dolton-illinois-slammed-salary-expenses.html*), Pakistan (*https://www.thenews.com.pk/latest/1145251-illinois-female-mayor-makes-waves-with-bold-and-controversial-choices*), and other countries covering the story (stories which continue to be published even as recently as January 6, 2024). Defendants state in their May 31, 2023 article that "Henyard later made **international** news after hiring and then firing a registered sex offender who had volunteered for her mayoral campaign to be a building inspector." *See* Group Exhibit A (emphasis added).

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

Redmond being arrested and wrongfully charged with violating the reporting requirements of the sex offender registry, (4) Redmond lost his job and his primary source of income and has been unable to find new employment since his termination, and (5) Redmond has experienced over a year of homelessness since the Defendants published their defamatory statements. Finally, (6) the videos of FOX 32's coverage of Redmond in which they make their defamatory statements have hundreds of thousands of views on YouTube. *See* YouTube Videos, marked as Exhibit B, attached hereto and made a part hereof.

32.     As a result of Defendants' defamatory statements, Redmond has suffered damages in an amount in excess of <u>One Million Dollars</u> ($1,000,000.00), an amount which continues to accumulate as the Defendants continue to publish stories about Redmond.

WHEREFORE, the Plaintiff, LAVELL REDMOND, requests that this Honorable Court enter judgment in his favor and against the Defendants, FOX TELEVISION STATIONS LLC and FOX CORPORATION, and that this Court award him the following relief:

A.     Damages (including actual, presumed, and special damages) in an amount to be determined at trial;
B.     Compensatory and consequential damages, including for emotional distress;
C.     Punitive damages;
D.     Pre-judgment and post-judgment interest at the highest lawful rate;
E.     Attorneys' fees and costs of this action;
F.     An injunction requiring Defendants to cease publishing defamatory articles about Redmond.
G.     Any such further relief as this Honorable Court finds reasonable.

Respectfully submitted,
LAVELL REDMOND

By:     /s/ Matthew R. Custardo
One of his Attorneys

Firm No.: 64638
CUSTARDO LAW, LLC
Matthew R. Custardo (ARDC #: 06329579)
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel: 630-557-1451
matthew@custardolaw.com

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

## **VERIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

LAVELL REDMOND

Lavell Redmond (Feb 28, 2024 08:59 CST)

Firm No.: 64638
CUSTARDO LAW, LLC
Matthew R. Custardo (ARDC #: 06329579)
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel: 630-557-1451
matthew@custardolaw.com

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

# GROUP EXHIBIT A

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

# Dolton mayor under fire for hiring registered child sex offender to inspect homes

By Dane Placko  |  Published October 21, 2021  |  Dolton  |  FOX 32 Chicago  |

**Controversy surrounds Dolton mayor hiring registered child sex offender**

Trustees in Dolton say they are stunned and appalled by the latest hire made by the village's new mayor, which the trustees say was done without their consent.

---

**DOLTON, Ill.** - Trustees in Dolton say they are stunned and appalled by the lates hire made by the village's new mayor, which the trustees say was done without their consent.

On Sept. 20, village records show Dolton Mayor Tiffany Henyard hired 46-year-ol Lavelle Redmond as a code enforcement officer — a job in which he goes into Dolton homes and businesses to inspect them and make sure they are up to code.

The problem is, Redmond is a registered child sex offender. He is on the Illinois State Police child sex offender registry.

**DOWNLOAD THE FOX 32 NEWS APP**

FOX 32 News has learned Redmond spent 24 years in prison in Illinois after pleading guilty to taking part in a brutal gang rape and beating in the Roseland

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

neighborhood in 1991.

He and three other people kidnapped and sexually assaulted two girls, ages 13 and 14.

Now, trustees in Dolton are demanding that the mayor explain how and why she hired Redmond into a job that puts him in constant contact with the public.

Dolton residents that FOX 32 talked to are stunned as well.

"Crazy. I don't know. He won't get in my house though," one woman said.

"I will be terrified to know now if he had come to my house to do a code inspection. I'll be terrified," another resident said.

"Oh my god. Don't they supposed to do background checks before they allow these people to in these kind of positions?" a third woman said.

A spokesperson for Mayor Henyard tells FOX 32 they are taking this very seriousl and conducting an investigation into the hire and into Redmond's background. The spokesperson also could not tell us if Redmond was still on the payroll or no and said they would not have any further comment until the investigation is completed.

FOX 32 was just in Dolton last week after trustees were complaining about another recent hire — former Circuit Court Clerk Dorothy Brown — who was hired by Mayor Henyard and is political friends with Brown.

**Dolton community disturbed by the hiring of registered sex offender**

Exhibit B

FOX 32's Dane Placko reports...

FILED DATE: 3/1/2024 10:28 AM  2024L002283

Ad Content by Taboola |

**CFOs, Improve and Simplify your Business Processes**

Sponsored | Oracle NetSuite

**Why Yiume's Aloha shirts are a fashion must-have**

Sponsored | Yiume

This material may not be published, broadcast, rewritten, or redistributed. ©2024 FOX Television Stations

Exhibit B

Watch Live

FILED DATE: 3/1/2024 10:28 AM  2024L002283

# Child sex offender hired by Dolton mayor faces new charges

By FOX 32 Digital Staff | Published October 27, 2021 | Dolton | FOX 32 Chicago |

**Registered child sex offender hired for Dolton job faces new charges**

Lavelle Redmond — a registered child sex offender — was hired by Dolton Mayor Tiffany Henyard to inspect homes. He's now facing new charges.

---

**DOLTON, Ill.** - A convicted child sex offender who was hired by the village of Dolton to inspect homes is now facing new charges.

Lavelle Redmond was hired by Dolton Mayor Tiffany Henyard to go door-to-door to meet with residents.

He is now accused of violating his sex offender registration and is being held on $10,000 bond.

Trustees in Dolton said they were stunned and appalled by the hire, which they say was done by the mayor without their consent.

On Sept. 20, village records show Mayor Henyard hired the 46-year-old Redmond as a code enforcement officer — a job in which he goes into Dolton homes and businesses to inspect them and make sure they are up to code.

The problem is, Redmond is a registered child sex offender. He is on the Illinois State Police child sex offender registry.

**DOWNLOAD THE FOX 32 NEWS APP**

Exhibit B

FILED DATE: 3/1/2024 10:28 AM 2024L002283

FOX 32 News has learned Redmond spent 24 years in prison in Illinois after pleading guilty to taking part in a brutal gang rape and beating in the Roseland neighborhood in 1991.

He and three other people kidnapped and sexually assaulted two girls, ages 13 and 14.

**Controversy surrounds Dolton mayor hiring registered child sex offender**

Trustees in Dolton say they are stunned and appalled by the latest hire made by the village's new mayor, which the trustees say was done without their consent.

---

Now, trustees in Dolton are demanding the mayor explain how and why she hired Redmond into a job that puts him in constant contact with the public. Dolton residents that FOX 32 talked to are stunned as well.

"Oh my god. Don't they supposed to do background checks before they allow these people to in these kind of positions?" one woman said.

A spokesperson for Mayor Henyard told FOX 32 last week they were taking this situation very seriously and conducting an investigation into the hire and into Redmond's background.

In addition, the spokesperson also could not say if Redmond was still on the payroll or not, and said they would not have any further comment until the investigation is completed.

Ad Content by Taboola |

**If You Are 45 Years Old, this Strategic Game is a Must-Have**

Sponsored | Forge Of Empires - Free Online Game

**Chicago: Nightwear Recommended for Senior Drivers**

Sponsored | Dealteam6

Exhibit B

This material may not be published, broadcast, rewritten, or redistributed. ©2024 FOX Television Stations

FILED DATE: 3/1/2024 10:28 AM  2024L002283

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

Watch Live

# Dolton residents call on mayor to resign after hiring of child sex offender

By Dane Placko  |  Published November 2, 2021  |  Dolton  |  FOX 32 Chicago  |

**Dolton residents protest convicted sex offender's village job**

Dolton Mayor Tiffany Henyard insists her friend, Lavelle Redmond, deserves a second chance — infuriating a number of residents now calling for her resignation.

**DOLTON, Ill.** - Frustration is growing in south suburban Dolton after a FOX 32 investigation uncovered a registered child sex offender was recently put on the village's payroll.

Now, some Dolton residents are calling for Mayor Tiffany Henyard's resignation.

About 20 Dolton residents and a couple trustees protested outside Village Hall on Tuesday, chanting "We want transparency!"

They're furious after a FOX 32 investigation found a registered child sex offender on the public payroll.

"A sex offender! You don't give them carte blanche to go into different people's homes," said Dolton resident Alberta Jimerson.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

Lavelle Redmond, 46, is close friends with Mayor Henyard, who in September hired Redmond as a code enforcement officer without the village board's approval.

Redmond served 25 years in prison for the brutal gang rape and beating of two young teenage girls in the 1990s. Then last week, Redmond was arrested and charged after our first story aired for violating the reporting requirements of the sex offender registry.

But Mayor Henyard insists her friend deserves a second chance, infuriating a number of Dolton residents.

"They just need to get out of office as a whole," one resident said. "I'd like to see both of them leave. They need a recall on the mayor."

FOX 32 has also obtained cellphone video showing Redmond interacting with the mayor and little children at a back-to-school event in Dolton. A badge was visible on his waist.

"I think it's deplorable that you've hired a person who has a history that he does, and you're giving him a badge and a car to roam our village and come in and out of people's houses," said Dolton Reverend Deborah White.

## DOWNLOAD THE FOX 32 NEWS APP

The protesters were also calling for the departure of former Cook County Circuit Court Clerk Dorothy Brown, who was hired by Henyard as Dolton village administrator making $100,000 a year. Brown has been at the center of numerous scandals and there is an ongoing federal investigation into bribery under her County tenure.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

"Dorothy Brown needs to go back to the city of Chicago," said Dolton resident Valeria Stubbs. "Dorothy Brown is bringing Dorothy Brown tactics out here in the village."

A spokesperson for Henyard says the mayor has no comment about the calls for her resignation, and no intention to dump the registered child sex offender from the village payroll.

Ad Content by Taboola |

**Springfield: Nightwear Recommended for Senior Drivers**

Sponsored | Dealteam6

**Why Yiume's Aloha shirts are a fashion must-have**

Sponsored | Yiume

This material may not be published, broadcast, rewritten, or redistributed. ©2024 FOX Television Stations

Exhibit B

FILED DATE: 3/1/2024 10:28 AM  2024L002283

# Majority of Dolton voters favor recalling Mayor Tiffany Henyard

By FOX 32 News | Published June 29, 2022 | Dolton | FOX 32 Chicago |

**Dolton voters favor recalling Mayor Tiffany Henyard**

Dolton voters — more than 50% — decided Tuesday to recall Mayor Tiffany Henyard.

---

**DOLTON** - Dolton voters — more than 50% — decided Tuesday to recall Mayor Tiffany Henyard.

However, now a court will decide whether the votes are legal.

In February 2021, Henyard was sworn in as Dolton's first Black mayor.

But during this election cycle, five village trustees ran a successful recall campaig against her. The trustees accused Henyard of corruption, and hiring at least one registered sex offender.

**SUBSCRIBE TO FOX 32 CHICAGO ON YOUTUBE**

Before the vote totals were fully counted Tuesday, Henyard had said she was disappointed in an Appellate Court's last-minute decision to allow the counting o the recall votes.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

"I am disappointed in the Appellate Court's decision requiring illegal recall votes to be counted in today's election. The merits of this case are clear. It is an Unconstitutional referendum and while there is certainly no time to print new ballots, there is no valid reason to compel election authorities to count the votes she said.

Henyard went on to say, "I had 82 percent of the support of the electorate in the 2021 election. The political opportunists behind this recall effort may very well regret asking the Court to allow the recall votes to be counted as they might not like the results."

Fifty-six percent of Dolton voters Tuesday favored recalling Mayor Henyard.

"We are grateful, honored and blessed to the voters of Dolton who firmly stood up against this morally corrupt Mayor. Never in the history of our town have we witnessed a mayor who has chosen to ignore ethics and the law. The right decision has been made by the voters." Dolton Trustee Jason House said in a statement.

A court will make the final decision.

Ad Content by Taboola |

**Don't Miss the Epic LEGO Fest in Grayslake!**

Sponsored | Awesome Family Events

**Look For Any High School Yearbook, It's Free**

Sponsored | Classmates

Exhibit B

This material may not be published, broadcast, rewritten, or redistributed. ©2024 FOX Television Stations

FILED DATE: 3/1/2024 10:28 AM  2024L002283

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

Watch Live

# Dolton mayor faces scrutiny over questionable use of public funds

By Dane Placko , Rachel Hinton and Casey Toner  |  Published May 31, 2023  |  Updated 10:17PM  |  Dolton  |  FOX 32 Chicago  |

**Dolton mayor faces scrutiny over questionable use of public funds for personal charity**

Savoring a slated candidate's election night success, Dolton Village Mayor Tiffany Henyard arrived at a March village board meeting ready for her victory lap.

**DOLTON, Ill.** - Savoring a slated candidate's election night success, Dolton Village Mayor Tiffany Henyard arrived at a March village board meeting ready for her victory lap.

She wasn't wearing the typical business attire seen at village board meetings but rather was dressed to look like the Wesley Snipes character in the 1991 film, "New Jack City" — crack cocaine kingpin Nino Brown, who was notorious for his brutal way of doing business.

Her ensemble included a stuffed toy dog at her side, just as Brown had a real dog in the movie.

Plus, she brought a DJ.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM  2024L002283

During the meeting, Henyard had the DJ punctuate her political points with musical cues, including Rihanna's hit single "B---- Better Have My Money" when she demanded trustees approve the bill for a village ice rink. That is one of two ice rinks trustees say they never authorized spending money on.

"At the end of the day, this is what they told me to tell you all," Henyard said about the payment for the ice rink before queuing up the DJ. "Pay me what you owe me!"

While Henyard's actions certainly livened up that night's village board meeting, critics are finding nothing to be amused about.

They argue their communities can't afford Henyard's free-spending ways and say she's blurred the lines between self-promotion and marketing both the village and the township, where she works in dual roles.

In Dolton, which shares a border with Chicago, about 15% of families live in poverty, census records show. Burdened with some of the highest property taxes in Cook County, homeowners feel the full brunt of the tax burden, since there's little commercial or industrial development in town

In her defense, supporters point to programs she's set up to help seniors and others to give away gas cards.

Henyard wears two hats in local government. As the Dolton mayor, she takes home more than $46,000 in base pay and as the supervisor of Thornton Township, she makes more than $200,000 a year, records show.

An Illinois Answers Project and FOX32 investigation found that while in office, Henyard has:

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

- **Funneled thousands of dollars in taxpayer money to a private foundation that bears her name. She says the organization helps peo with cancer. The officers of the foundation are people who work for t township or the village.**

- **Spent thousands of taxpayer dollars for a group bicycle ride to Springfield in support of a breast cancer bill, Henyard said in videos taken during the trip. But the bill was never formally filed, and state lawmakers weren't in session.**

- **Spent thousands of taxpayer dollars for not one but two ice rinks. Elected officials say they did not authorize either expenditure.**

In a September 2022 meeting, Henyard and the township board voted to give $10,000 to her foundation, which claims to help people with cancer. Records show the foundation's paperwork was filed with the state the same day that the township payment was approved.

Documents show the foundation's officials are all people who work for the villag or township.

Dolton Village Manager Keith Freeman, who is also her paid senior advisor at the township, filed the paperwork for the foundation.

Village of Dolton Housing Director William Moore and her executive assistant in Dolton, Carmen Carlisle, sit on the board.

Thornton Township employees Cheryl Schranz, Pamela Airhart and Kamal Woo are also nonprofit board members.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

Woods and Airhart declined to comment, Schranz, Carlisle and Moore did not respond to multiple messages, and Freeman told an Illinois Answers reporter "You're barking up the wrong tree."

Henyard and others, including a DJ and a photographer flying a drone, took an bike ride for over a week last October from Dolton to Springfield, so she could testify on behalf of a bill that she hoped would give tax breaks to people sufferi from cancer.

The timing for the ride, though, was off. The bill that Henyard's caravan was heading to Springfield to support was never filed. And when they got there, the state legislature wasn't in session.

Days after checking out of a Springfield hotel, Henyard appeared before the House's Revenue and Finance Committee — which met in Chicago — and told them her nonprofit "supports the fighter in everyone."

Records show Henyard authorized a separate $17,000 payment from the township for 1,000 white hoodies and T-shirts. Neither Henyard nor the shirtmaker would comment on whether the clothing was for the foundation. Th invoice for the hoodies and T-shirts was submitted one day after the paperwor for Henyard's foundation was submitted to the state. The township declined to answer questions about the clothing purchase but provided one photo of a Henyard wearing a white T-shirt over the weekend to suggest that the purchas was for clothing with a township insignia and Henyard's name on it.

Documents obtained through a public records request show that Thornton Township spent about $8,800 on hotels, restaurants and at other businesses statewide during the dates of the Springfield trip.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

This includes nearly $4,800 in hotels; $358 at Firehouse Subs in Bloomington; a $300 at Smokey Bones Bar and Fire Grill in Springfield. Village of Dolton officials spent another $2,700 on hotel rooms in Springfield during that same time peri Neither village nor township officials would comment on the expenditures.

Asked about her foundation by reporters from Illinois Answers and Fox32, Henyard said at a Thornton Township meeting on April 11 that she's "the face of the foundation" but also "my face is nowhere" near the operation or its leadership.

"It's a foundation I created to help people that struggle with cancer – it doesn't matter what type of cancer it is ...," Henyard said. "You know public funds are n going to fund my foundation ... $10,000 is not going to fund our operation."

At that meeting, Henyard targeted the media for showing up only for the "mess blasted critics at the meeting and basked in praise from supporters — with one backer calling her "my courageous supervisor."

Henyard told the media she had an open-door policy, but when reporters pressed for more details on the Springfield trip and her foundation, township employees and two armed security guards, including at least one Dolton police officer, circled her and escorted her away from reporters who pursued the gro

Officials in both Dolton and Thornton Township have raised questions about Henyard's leadership, which have been chronicled in the Daily Southtown, the Edgar County Watchdogs and other local news organizations.

"She's spending like crazy," said Edward Steave, a former Dolton trustee who recently lost an election to a candidate supported by Heynard. "There's so muc money she's spending. She's spending like it's her own personal stuff. She does mind spending anything, she just wants to make herself look better."

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

Village officials who spoke to reporters for the Illinois Answers Project said they can't afford Henyard's freewheeling spending.

Steave pointed to outstanding bills related to a Dolton ice rink — one of two — that Henyard ordered built without board knowledge.

Last fall, under Henyard's direction but without board approval, the Village of Dolton hired Minnesota-based KwikRink Synthetic Ice to build an artificial ice rink for $115,000, which included a $10,000 down payment.

But after the board found out and refused to pay the bill, leaving KwikRink with ice rink collecting dust in a Minnesota warehouse pending payment, the village hired another company at her direction to supply the materials for a second rink ahead of a grand opening which came days before an election that would determine the fate of her control of the board.

"Hey y'all it's your mayor, Tiffany A. Heynard: the people's mayor," she said in a video she posted to Facebook at a campaign fundraiser she held at the rink in advance of the grand opening. "We about to get our skate on! Remember: when all five of them trustees said no, look what God did! Ah ha ha ha!"

Fundraising on government property is prohibited unless the property has been rented for the occasion. Campaign finance records from Henyard's campaign fund do not show any expenditures made to lease the rink.

Beyond the unpaid costs, village board members expressed concern about the potential liabilities that come with the ice rink along with long-term expenses related to staffing and upkeep.

"Everything being done should be brought before the board and community," said board member Jason House. "No board meetings, no plans presented to t

Exhibit B

board, no budget, no financials. None of that has been presented."

Andrew Holmes, Henyard's main supporter on the board and a well-known advocate for victims of gun violence, said that board officials are kept aware of Henyard's plans but complain because "it's just an ego thing."

## SUBSCRIBE TO FOX 32 ON YOUTUBE

"You can't turn a blind eye to developments that have been done since she's be there," Holmes said. "What more do you want? There's no negligence there; all see is progress."

According to township records obtained through a Freedom of Information Act request, Henyard has received $316,000 in salaries and other payments since being appointed to the board in 2022. Those records show that she also receiv exorbitant reimbursement checks, though a township Freedom of Information officer never responded to requests for further clarification on those records. Village of Dolton declined to provide records.

Those township sums don't include her salary as Dolton mayor or perks, like th cost of the police officers who provide security to her at her own home or the township vehicles she uses to advertise her nonprofit, the Tiffany Henyard Care Foundation.

Village Clerk Alison Key filed suit against Henyard in April 2022 alleging that Henyard directed the village manager to stop staff from responding to public records requests. In her suit, Key included a list of 32 outstanding requests, including one from a reporter at the Illinois Answers Project, that went unfilled.

The lawsuit alleges Freeman told village employees that they would be fired if t told anyone about the order to withhold records or if they provided records

Exhibit B

FILED DATE: 3/1/2024 10:28 AM  2024L002283

FILED DATE: 3/1/2024 10:28 AM   2024L002283

responsive to public records requests.

In response, Henyard's attorneys called Key's lawsuit "unmeritorious" and said that she is trying to "smear the mayor for political purposes."

Despite being one of the highest-paid elected officials in the south suburbs, sh still owes South Suburban College $1,500 in unpaid bills from her time selling hamburgers in the cafeteria to students through her catering business, Good Burger, which no longer operates at the college.

Henyard has also been Thornton Township supervisor for almost a year, taking over for the late Frank Zuccarelli, a Democratic political powerhouse in the sou suburbs known for providing key early backing to political candidates, including Barack Obama in his bid for U.S. Senate. After his death two years ago, townsh trustees unanimously voted for Henyard just minutes before a midnight deadli to install a successor.

"For the township administration now there's utter disrespect and disregard fo the law," said Tim DeYoung, a local Republican who used to work with Zucarelli but now finds himself on the outs with the township government. "Everything is about patronage and who you are friends with now with Tiffany and her crew. Everything is all about her. Her only goal is to make herself look good."

Thornton Township has hired a number of Henyard confidants since she took over the top spot, including some of those on the board of her nonprofit.

At the village, Henyard hired former Cook County Clerk of the Circuit Court Dorothy Brown, whose office was under a federal corruption investigation. Henyard later made international news after hiring and then firing a registered sex offender who had volunteered for her mayoral campaign to be a building inspector.

Exhibit B

FILED DATE: 3/1/2024 10:28 AM 2024L002283

Township Trustee Chris Gonzalez says though he ultimately voted for Henyard the township is now facing "some struggles with transparency."

"I used to be able to pick up the phone and just make a call to get information. Now, I never get anything back," Gonzalez said. "We have an issue with spending ... why is it that one day you're laying off 11 people and yet spending thousands and thousands on events? That doesn't sit well with me."

Gonzalez said he didn't realize until later that he and the board had approved the $10,000 donation to Henyard's foundation; it was part of a lengthy group of expenditures. He says his requests for more information on the nonprofit's work and what the money would be used for have gone unanswered.

Henyard has been working to circumnavigate the board by laying off employees instead of firing them, which would require board approval, Gonzalez said. New hires are brought on as part-time employees, which don't have to go through the board, but they are later offered township employee benefits.

Nakita McGraw, Henyard's former Dolton chief of staff, said many employees in the suburb are afraid of speaking out for fear of being fired. The day she resigned Henyard berated her for allowing a trustee into the building, she said. Other basic job tasks, like responding to Freedom of Information Act requests, could also lead to firing, she said.

"She's a young woman, she has a lot of fire in her and I and others had high hopes for her, however, I think that she's overwhelmed," McGraw said. "She doesn't know what she's doing — this task is a little big for her and I'm afraid for the people of Thornton."

Zuccarelli's former chief of staff, was fired by Henyard in March 2022 after roughly 20 years working with the township. Since then, she's been in touch with Dolton

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

board members and employees, sharing information on Henyard's dealings at township and in the village, she said.

Wiedeman's attempt to shed light has made her an irritant to Henyard, who we so far as to have her thrown out of a "township talk" hosted by Henyard in November. Several months earlier, Wiedeman was arrested for removing flyers featuring Henyard from cars in a Dolton Park District parking lot.

Though the charges were dropped, Weideman said she was on the hook for several thousand dollars in attorney fees.

"She took no initiative to understand the services the township provides to the community ... she put her name and her face on everything and she's using resources so people know who she is," Wiedeman said of Henyard's "takeover" the township.

"Maybe she thinks people aren't noticing," Wiedeman said.

This material may not be published, broadcast, rewritten, or redistributed. ©2024 FOX Television Stations

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283

 Watch TV

**CULTURE**

# Democratic mayor accused of antics so wild she deserves her own TV show: 'Real life Parks & Rec situation'

The Democrat was accused of promoting herself on taxpayer's dime under the guise of advertisements for 'senior services'

By **Hannah Grossman** · **Fox News**

Published January 5, 2024 5:00am EST



00:00 / 05:04

**Chaos erupts in Tiffany Henyard meeting over expenses: 'This is a dictatorship'**

Mayor Tiffany Henyard's meeting erupts in chaos between her and trustees as she faces questions on spending.

A mayor of a small, unassuming town on the outskirts of Chicago where the median income is $24K per year, has been living the life of a royal as she is deemed by critics to exhibit antics that are both

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

Tiffany Henyard, a progressive Democrat, was elected as the Mayor of Dolton, Illinois, in the April 2021 municipal elections. She is also the supervisor of Thorton Township. For those positions, she brings home more than the state's governor – nearly $300k. She calls herself a "Super Mayor" and frequently posts messages that suggest that "God chose me."

In one of the greatest examples derided by critics, Henyard put an ordinance in place that if she lost her election to be mayor in the upcoming elections, the future mayor's salary would be reduced from over $200K to $25,000. But if Henyard wins, the salary would remain the same, Fox 32 found.

The move was seen by critics as a way of scaring away her competition.

**'MASSIVE WEIGHT LOSS PATIENT' DESCRIBES HORROR OF PLASTIC SURGERY RESULTS, SAYS IT LOOKED LIKE A 'HOT DOG'**

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283



**Democrat Tiffany Henyard is considered one of the funniest politicians for her antics in a small town outside Chicago.**

Henyard has met criticism from her trustees on how she spends the town's money – who have demanded receipts for the charges on the town's card – and they have accused her of running up the tab for expenses without approval.

"Not only are the residents in the dark, but the trustees are in the dark," said Trustee Tammy Brown. In response to criticism such as this, Henyard posted a picture of her trustees and called them "haters."

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283



"When your haters try to block blessings but G-d has his hands on you," Henyard wrote on TikTok. (Screenshot/TikTok | Tiffany Henyard)

One of the biggest criticisms came from expenses charged to the town regarding a trip to Las Vegas that was supposedly for a conference. The airfare for the trip alone cost thousands of dollars, including over $3,000 for one roundtrip ticket.

In a viral clip from WGN that some dubbed "the single greatest interview of the year," Henyard was put on the spot about credit card expenses. Her responses shocked some critics who believed it

Exhibit B

Henyard responded by humming "mmmm" when asked whether she had been to Las Vegas by a local reporter.

FILED DATE: 3/1/2024 10:28 AM   2024L002283

**GROOM'S SHOCKING MARRIAGE VOW GOES VIRAL, PLEDGES TO 'SMACK THAT A--' AFTER BRIDE POURS HEART INTO THEIR LOVE**

"What is that? Did you fly first class to Las Vegas?" asked Ben Bradley, an investigative reporter at WGN9 regarding the $3,000+ flight.

"Any other questions?" Henyard said.



Exhibit B

**Ben Bradley askked Tiffany Henyard about an alleged trip to Las Vegas. (WGN9)**

FILED DATE: 3/1/2024 10:28 AM  2024L002283

"So you're not going to answer how taxpayer dollars are being spent, that seems odd," the reporter responded.

"I just answered your questions," Henyard said.

"You said that you wouldn't answer a question about Las Vegas," the reporter said.

"You asked me a question and I responded," Henyard said.

Bradley had some follow-up questions about the nearly $400 spent at "Hot N' Juicy Crawfish" in Las Vegas and other dinners near the Las Vegas Strip that cost hundreds of dollars each.

Exhibit B

To date, the mayor has produced two music videos that feature city workers, such as police dancing or boosting her image by being in the background as she lip-syncs the songs.

FILED DATE: 3/1/2024 10:28 AM    2024L002283



**Tiffany Henyard gets her hair and makeup professionally done. (stylemebrandon | Instagram/screenshot)**

The small-town mayor's Instagram reflects that she frequently uses a professional stylist to help her with her wardrobe before making public appearances at a community event or town meeting with her trustees.

Exhibit B

She also has a [makeup artist](#) and hairdresser whom she uses before public appearances and photoshoots that are used for the county's billboards (more on that later). It is unclear how and if those vendors are compensated for their services and how much it would cost to fund dozens of outfit selections and professional styling. When Fox News asked how the services were paid for, the mayor did not immediately respond.



**Tiffany Henyard (right) is styled by her fashion consultant, (middle) Henyard with her hair stylist, (left) Tiffany Henyard in an outfit chosen by her stylist.  (stylemebrandon | Instagram/screenshot)**

FILED DATE: 3/1/2024 10:28 AM    2024L002283

Exhibit B

Henyard can be seen arriving at town events for seniors or for a [Christmas celebration](#) like a celebrity as police officers and security take her hand and escort her in and out of the backseat of a black SUV.

## RAPPER SAYS HE 'WISHES' TRUMP WERE STILL PRESIDENT, 'BIDEN GOT TO GO' BECAUSE OF HIGH GAS AND FOOD PRICES



**Image 1 of 2**

**Tiffany Henyard escorted in and out of her vehicle by security. (Screenshot/Instagram | Stylemebrandon)**

FILED DATE: 3/1/2024 10:28 AM   2024L002283

Exhibit B

FILED DATE: 3/1/2024 10:28 AM 2024L002283

Fox 32 reported that when <u>one of their reporters tried to ask the mayor</u> how she spends taxpayer dollars, she was removed by security.

"Dane Placko asked Henyard a few months ago about her use of tax dollars, she was quickly hustled out of the room by armed security," the outlet said.

Her use of security mystified some of her trustees who couldn't fathom why it was necessary.

"Why? Why would you need a security detail?" Trustee Tammy Brown said.



Exhibit B

**Tiffany Henyard films a music video with police officers in Illinois. (Tiffany Henyard) (Tiffany Henyard)**

A year after her election, she faced a recall effort in which a majority of the votes wanted her cast out. The recall effort failed when a court invalidated the results.

One of the reasons the recall effort was initiated was because Henyard hired a convicted sex offender as a code enforcement officer — "a job in which he goes into Dolton homes and businesses to inspect them and make sure they are up to code," according to a [Fox 32 report](#).

"Oh my god. Don't they supposed to do background checks before they allow these people to in these kind of positions?" a resident said.

In response to the failed recall effort, Henyard showed up to the next board meeting blasting a disco song and began dancing on the podium.

"How y'all doin'?" she said, blaring into the microphone during an Oct. 3, 2022, meeting.

FILED DATE: 3/1/2024 10:28 AM    2024L002283

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283



**Tiffany Henyard outfits professionally styled by a fashion expert. (stylemebrandon | Instagram/screenshot0**

"Ain't no stoppin' us now," she sang. "We on the move! Ain't no stoppin' us now! We on the move."

It was one example of the many antics that raised eyebrows.

Jack Mac from Barstool Sports said he believed Henyard was "the funniest most corrupt politician in the United States in America" for antics he believed were an overuse of power. He also said that he believed Henyard was a real life comedy skit, and there was a "real life 'Parks & Rec' situation going

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

In addition, Fox 32 found that taxpayers were responsible for billboard images of Henyard with language included that broadcast city services.

The local Fox 32 reported, "One says 'Fresh Produce,' another 'Senior Services,' and another simply says 'We Offer General Assistance.' There's a phone number, but you wouldn't know what it's for unless you can read the tiny letters."

The "Thornton Township paid more than $10,000 for the vinyl signs themselves and more than $12,000 to Clear Channel Outdoor Advertising for one month's rental of the billboards," Fox 32 reported.

Henyard's signs were accused of using taxpayer dollars for self-promotion.

Exhibit B

**CLICK HERE TO GET THE FOX NEWS APP**

FILED DATE: 3/1/2024 10:28 AM   2024L002283

"This is a blatant attempt to promote herself politically," Odelson said. "The township should not have paid for these if they did. And I'm sure they did."

"Well, first of all, I didn't know anything about them," said Thornton Township Trustee Chris Gonzalez.

Henyard did not immediately respond to a request for comment.

Hannah Grossman is a Reporter at Fox News Digital.

## Sponsored Stories

**Prime is Now $179, But Few Know this Free Savings Hack**

Online Shopping Tools

**9 Reasons Why This Shake Has No Competition!**

Ka'Chava

**Neuropathy: Experts Dazzled by New Tech"**

healthinsightjournal.com

**How to Find the Cheapest Airfare Every Time (It's Genius)**

Online Shopping Tools

**[Gallery] Andreas Dragei, swimming**

Exhibit B

FILED DATE: 3/1/2024 10:28 AM   2024L002283

# EXHIBIT

# B

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283



**Dolton residents call on mayor to resign after hiring of child sex offender**

FOX 32 Chicago ✓
267K subscribers

Subscribe

👍 3.8K    👎    ➦ Share    ⬇ Download    ≡+ Save    •••

175K views  2 years ago
Dolton Mayor Tiffany Henyard insists her friend, Lavelle Redmond, deserves a second chance — infuriating a number of residents now calling for her resignation.

**https://www.youtube.com/watch?v=ZKHsSHoOxRQ**

Exhibit B

FILED DATE: 3/1/2024 10:28 AM    2024L002283



**EXCLUSIVE: Dolton mayor under fire for hiring registered child sex offender to inspect homes**

FOX 32 Chicago ✓
267K subscribers                    👍 2K    👎    ↪ Share    ↓ Download    ≡+ Save    ···

96K views  2 years ago
Trustees in Dolton say they are stunned and appalled by the latest hire made by the village's new mayor, which the trustees say was done without their consent.

Subscribe to FOX 32 Chicago: https://www.youtube.com/c/FOX32Chicag... ...more

**1,275 Comments**    ≡ Sort by

**https://www.youtube.com/watch?v=T1XJbem28YQ**

Exhibit B